Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
CARLOS M. MCCDANIEL

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS M. MCDANIEL, | Case No.: 2:14-cv-00994-APG-CWH |
| Plaintiff, | UNOPPOSED MOTION TO AMEND AND EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

Plaintiff Carlos M. McDaniel ("Plaintiff"), through his undersigned counsel of record, requests the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to January 9, 2015; and that Defendant shall have until February 9, 2015, to file his opposition, if any is forthcoming. Any reply by plaintiff will be due March 2, 2015.

-1-

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

Counsel for defendant has indicated, via e-mail, that this motion to extend the time to file is not opposed.

DATE: December 12, 2014,     Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY: _____
Marc V. Kalagian
Attorney for plaintiff CARLOS M. MCDANIEL

Of Counsel:

Steven G. Rosales
Attorney at Law

ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 17, 2014.

-2-