UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARLOS M. MCDANIEL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:14-cv-00994-APG-CWH<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION**<br><br>(Dkt. #19, #22, #24) |

　　　　On September 17, 2015, Magistrate Judge Hoffman issued a Report and Recommendation (Dkt. #24) recommending I find the administrative law judge ("ALJ") properly considered the evidence and provided "legally sufficient reasons for rejecting Plaintiff's testimony as not credible in determining Plaintiff's [residual functional capacity] and in rendering a final decision in Plaintiff's case." (*Id.* at 9.)  Judge Hoffman thus recommends that I deny plaintiff Carlos McDaniel's motion to reverse or remand and grant the defendant's cross-motion to affirm. (*Id.*)  McDaniel did not object to Judge Hoffman's Report and Recommendation.  Nevertheless, I have reviewed the administrative record de novo, and I accept Judge Hoffman's recommendations.

　　　　IT IS THEREFORE ORDERED that the Report and Recommendation **(Dkt. #24) is ACCEPTED**.

　　　　IT IS FURTHER ORDERED that plaintiff Carlos McDaniel's motion to reverse or remand **(Dkt. #19) is DENIED**.

　　　　IT IS FURTHER ORDERED that defendant Carolyn W. Colvin's cross-motion to affirm **(Dkt. #22) is GRANTED**.

/ / / /

/ / / /

/ / / /

IT IS FURTHER ORDERED that the clerk of court shall enter judgment in favor of defendant Carolyn W. Colvin and against plaintiff Carlos McDaniel.

DATED this 17th day of November, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE